IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THOMAS CRAMER, et al**, )<br>On Behalf of Themselves and )<br>All Others Similarly Situated )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>**BANK OF AMERICA, N.A., et al**, )<br>)<br>Defendants. ) | Case No. 1:12-CV-8681<br>Judge: Jorge L. Alonso |

### FINAL JUDGMENT AND ORDER APPROVING SETTLEMENT
### AND DISMISSING ACTION WITH PREJUDICE

After having fully and carefully reviewed Plaintiffs' Unopposed Motion for Settlement Approval and the Parties' Settlement Agreement [229], the Court hereby ENTERS FINAL JUDGMENT and ORDERS that:

1. The Settlement Agreement is APPROVED as a fair, equitable, and reasonable resolution of a *bona fide* dispute in this contested litigation, and is incorporated herein by this reference and made a part hereof as though set forth in full.

2. The formula for allocation of settlement payments set forth in the Settlement Agreement is APPROVED as a fair, equitable, and reasonable measure for distributing the settlement payment to Class Members;

3. All individuals who have filed consents to join this action as parties plaintiff prior to the date of entry of this Order are hereby deemed to fully and unconditionally waive and release any and all Released Claims (as that term is defined in the Settlement Agreement) against

any and all Released Parties (as that term is defined in the Settlement Agreement), as more fully set forth in the Settlement Agreement.

4. The attorneys' fees representing One-Third (1/3) of the settlement fund, costs, and the service payments as set forth in the Settlement Agreement, are APPROVED; and Defendants are hereby ORDERED to pay make payments in accordance with and subject to the terms of the Settlement Agreement.

Accordingly, this Court enters JUDGMENT in accordance with this Order and in accordance with the terms of the Settlement Agreement. This case, and the case captioned *Morgan v. Bank of America, NA*, Case No. 13-cv-08188 which was previously consolidated into this case and settled as a part of this case, is DISMISSED WITH PREJUDICE, with all costs borne in accordance with the Settlement, and the Court retaining continuing jurisdiction as set forth herein.

SO ORDERED.

3/25/15

_____
Jorge L. Alonso
United States District Judge